January 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

PHILLIPS PETROLEUM COMPANY N/K/A CONOCOPHILLIPS COMPANY, GPM GAS CORPORATION, PHILLIPS GAS MARKETING COMPANY, PHILLIPS GAS COMPANY, AND GPM GAS TRADING COMPANY, Appellants

NO. 14-11-00944-CV              V.

ROYCE YARBROUGH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE CLASS OF ALL SIMILARLY SITUATED PERSONS, Appellees

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on October 7, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Phillips Petroleum Company n/k/a ConocoPhillips Company, GPM Gas Corporation, Phillips Gas Marketing Company, Phillips Gas Company, and GPM Gas Trading Company.

We further order this decision certified below for observance.